## JOHN HENSON v. STATE.

No. 541.   Opinion Filed February 6, 1911.

(113 Pac. 224.)

1. **APPEAL—Record—Time for Serving Case-Made.** Unless the case-made is served within the time allowed by the trial judge, the case-made will be stricken from the record.

2. **APPEAL—Failure to File Brief—Affirmance.** Where an appeal is taken to this court, and no brief is filed on behalf of the appellant; the judgment of the lower court will be affirmed, unless fundamental errors appear in the record.

(Syllabus by the Court.)

*Appeal from District Court, Osage County; John J. Shea, Judge.*

John Henson was convicted of grand larceny, and he appeals. Affirmed.

*Smith C. Matson*, Asst. Atty. Gen., for the State.

FURMAN, PRESIDING JUDGE.   First. Judgment was pronounced upon the defendant on the 15th day of July, 1909, at which time the court allowed the defendant 60 days' time within which to make and serve a case-made.   Defendant served his case-made upon the county attorney on the 14th day of September, 1909.   There being 31 days each in July and August, the 60 days allowed by the court for serving a case-made had expired before the case-made was served.   The case-made is therefore stricken from the record.

Second.   No appearance has been made in this court on behalf of appellant.   The Attorney General has filed a motion to affirm this case for want of prosecution of the appeal.   We have examined the record, and find that no material error was committed during the trial.

The judgment of the lower court is therefore affirmed.

ARMSTRONG and DOYLE, JUDGES, concur.